UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | : |
| Plaintiff, | : No. 1:20-CV-06023 |
| v. | : |
| YELLOWSTONE CAPITAL, LLC, a New York limited liability company, | : **RULE 7.1 STATEMENT FOR DEFENDANTS YELLOWSTONE CAPITAL, LLC AND FUNDRY, LLC** |
| FUNDRY, LLC, a New York limited liability company, | : |
| YITZHAK D. STERN, a/k/a Isaac Stern, individually and as an officer of Yellowstone Capital, LLC and Fundry, LLC, and | : |
| JEFFREY REECE, individually and as an officer of Yellowstone Capital, LLC and Fundry, LLC, | : |
| Defendants. | : |

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for defendants Yellowstone Capital, LLC and Fundry, LLC certify that Yellowstone Capital, LLC (a privately held, non-governmental entity) is wholly owned by Fundry, LLC (a privately held, non-governmental entity) and that Fundry, LLC is wholly owned by Pinnex Capital Holdings LLC (a privately held, non-governmental entity).

Dated: October 2, 2020            PROSKAUER ROSE LLP

By: */s/ Christopher E. Ondeck*
Christopher E. Ondeck (admitted *pro hac vice*)
Stephen M. Chuk
1001 Pennsylvania Avenue, NW
Suite 600 South
Washington, DC 20004-2533
Tel.: (202) 416-6800
condeck@proskauer.com

schuk@proskauer.com

David A. Picon
Tiffany M. Woo
Eleven Times Square
New York, NY  10036-8299
Tel.: (212) 969-3000
dpicon@proskauer.com
twoo@proskauer.com

*Attorneys for Defendants*