**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
FEDERAL TRADE COMMISSION,
:
          Plaintiff,   : No. 1:20-CV-06023-LAK

v.   :

YELLOWSTONE CAPITAL, LLC, a New York :
limited liability company,   : **NOTICE OF MOTION**

FUNDRY, LLC, a New York limited liability :
company,

YITZHAK D. STERN, a/k/a Isaac Stern, :
individually and as an officer of Yellowstone
Capital, LLC and Fundry, LLC, and :

JEFFREY REECE, individually and as an officer :
of Yellowstone Capital, LLC and Fundry, LLC, :

          Defendants.   :
------------------------------------- X

*Handwritten endorsement:* Motion DENIED substantially for reasons stated by Plaintiff.

SO ORDERED
/s/ Lewis A. Kaplan
LEWIS A. KAPLAN, USDJ
10/30/2020

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, and the Declaration of Stephen R. Chuk dated October 2, 2020, with exhibits, Defendants Yellowstone Capital, LLC, Fundry, LLC, Yitzhak D. Stern a/k/a Isaac Stern, and Jeffrey Reece, by and through their attorneys, will move this Court, before the Honorable Lewis A. Kaplan, at the United States District Courthouse, Courtroom 21B, 500 Pearl Street, New York, New York, 10007, at a date and time to be determined by the Court, for an Order dismissing the complaint filed by Plaintiff the Federal Trade Commission with prejudice pursuant to Fed. R. Civ. P. 12(b)(6) and granting such other and further relief as the Court may deem just and proper.

//